1026

[No. 29649-1-III.  Division Three.  February 14, 2012.]

JOHN LEPIANE ET AL., *Respondents*, v. IRREANTUM, LLC, ET AL., *Appellants*.

*Affirmed* by unpublished opinion per Siddoway, J., concurred in by Korsmo, A.C.J., and Brown, J.

[No. 29241-0-III.  Division Three.  February 16, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH CHRISTOPHER MILLER, JR., *Appellant*.

*Affirmed* by unpublished opinion per Brown, J., concurred in by Korsmo, A.C.J., and Siddoway, J.

[No. 29252-5-III.  Division Three.  February 16, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE LUIS RODRIGUEZ GUZMAN, *Appellant*.

*Affirmed* by unpublished opinion per Brown, J., concurred in by Korsmo, A.C.J., and Siddoway, J.

[No. 29403-0-III.  Division Three.  February 16, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE FRANCISCO GONZALEZ, JR., *Appellant*.

*Affirmed* by unpublished opinion per Brown, J., concurred in by Korsmo, A.C.J., and Siddoway, J.